CITY OF NEW ROCHELLE, Respondent, *v.* ECHO BAY WATERFRONT CORPORATION, Appellant.

Argued January 9, 1945; decided March 1, 1945.

*Albert Ritchie* for appellant.

*Aaron Simmons, Corporation Counsel (Francis S. Claps* of counsel), for respondent.

Judgment affirmed, with costs; no opinion. [See 294 N. Y. 771.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.